UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:13-cr-00088

———

**United States of America**

v.

**Kerry Lynn Sanders**

———

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on November 2, 2022, and issued a report and recommendation as to the disposition of this matter. Doc. 62. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 62.

The court hereby accepts the report and recommendation of the magistrate judge. The court orders that defendant be sentenced to 18 months' imprisonment with no supervised release to follow. The court recommends that the defendant serve his sentence at El Reno, if available.

*So ordered by the court on November 4, 2022.*

J. CAMPBELL BARKER
United States District Judge